**Order entered November 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01354-CV

**IN RE BENICA BROWN, INDIVIDUALLY AND D/B/A CONNECTION IT SERVICES, Relators**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02375-M**

## ORDER

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Emily Tobolowsky, Judge of the 298th Judicial District Court, to **VACATE** her "Order Denying Defendants' Motion to Dismiss" and to **ENTER** an order granting relators' motion to dismiss.

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

We **ORDER** that relators recover their costs of this original proceeding from the real party in interest.

/s/      JIM MOSELEY
JUSTICE